# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREYSTONE NEVADA, LLC, A DELAWARE COMPANY; AND U.S. HOME CORPORATION, A DELAWARE CORPORATION,

Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE SUSAN JOHNSON, DISTRICT JUDGE,

Respondents,

and

JAMES RAUBOLT, SR.; JOANNA RAUBOLT, HUSBAND & WIFE; JUAN GARCIA; KAREN GARCIA; GREGORY DEROSA; DAWN DEROSA, HUSBAND & WIFE; SANDRA L. MCKENZIE REVOCABLE LIVING TRUST; MYRON LATHAN; ANNIE SHAW; ALBERT BOLINE; ROSEMARY BOLINE, HUSBAND & WIFE; WILLIAM NAULTY; ROSITA MORRIS; STANLEY FRANCIS REVOCABLE LIVING TRUST; KRISTEN LEWIS; ALEXANDER ANIAG; CHARITO ANIAG, HUSBAND & WIFE; STANLEY WROTEN; JASON LOOTENS; AMANDA LOOTENS, HUSBAND & WIFE; LUIS VALENCIA; ROSA VALENCIA, HUSBAND & WIFE; ANA F. NAJERA-RODRIGUEZ; RAMON BOJADO PEREZ; YOKO INVESTMENTS LLC; LUISITO ALONSO; GINA ALONSO, HUSBAND & WIFE; AMELIA PORCIUNCULA; HAEYON GOLDEN REVOCABLE LIVING TRUST; FELIPE VILLANUEVA; LILIA VILLANUEVA, HUSBAND & WIFE; ERIC JAVIER;

No. 73571

FILED

DEC 2 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

17-44340

ARTURO & LIBERTY SINGIAN
LIVING TRUST; VICTOR LOPEZ;
WILLIAM H. BOMMER, JR.; FE
MACAALAY; JOSE DELGADILLO;
PARRA FAMILY TRUST; KERRY
FOSTER; LATANYA FOSTER,
HUSBAND & WIFE; RHODESIA
HERRERA; JAMES HUGHES;
DEBORAH HUGHES, HUSBAND &
WIFE; EDGARDO VILLANUEVA;
TERESITA VILLANUEVA, HUSBAND
& WIFE; NYMIA B. VISPERAS TRUST;
AND HAIPING WANG,
Real Parties in Interest.

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges district court orders partially denying a motion to dismiss and granting a motion for partial reconsideration in a construction defect action.

Having reviewed the parties' briefs and the record, we are not persuaded that the district court arbitrarily or capriciously exercised its discretion so as to warrant our extraordinary and discretionary intervention at this time. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991); *Int'l Game Tech, Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Susan Johnson, District Judge
Payne & Fears LLP
Canepa Riedy Abele
Lattie Malanga Libertino, LLP
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A